UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CYNTHIA PALAFOX, | Case No. 5:26-cv-01124-AB-JDE |
| Petitioner, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| FERETI SEMAIS, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"), the Order granting a temporary restraining order (Dkt. 9), Respondent's Answer to the Petition (Dkt. 12), Petitioner's Reply (Dkt. 13), and the Report and Recommendation of the United States Magistrate Judge (Dkt. 15, "Report"). As no party filed a timely objection to the Report, the Court accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED THAT Judgment shall be entered dismissing the Petition without prejudice.

Dated: May 7, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE