UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CYNTHIA PALAFOX, | Case No. 5:26-cv-01124-AB-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| FERETI SEMAIS, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that this action is dismissed without prejudice.

Dated: May 7, 2026

HON. ANDRÉ BIROTTE JR.
United States District Judge